767 A.2d 1046

**Alexander V. HART, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 12, 2001.

No. 26 MAP 2001.

### ORDER

PER CURIAM:

**AND NOW,** this 12th day of March, 2001, probable jurisdiction is noted and the order appealed is affirmed.